# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Jairo H. Patino | § | Case No. 16-00440 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/07/2016 .  The undersigned trustee was appointed on 01/07/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of            $        39,966.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]            $        39,966.00

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/14/2016  and the deadline for filing governmental claims was  07/14/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,746.60 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,746.60 , for a total compensation of $ 4,746.60 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.39 , for total expenses of $ 14.39 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2016_____   By:/s/STEVEN R. RADTKE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 16-00440 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Jairo H. Patino | | | | Date Filed (f) or Converted (c): | 01/07/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/08/2016 |
| For Period Ending: | 11/21/2016 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6702 North Drake Ave Lincolnwood Il 60712-0000 Cook | 350,000.00 | 350,000.00 | | 20,000.00 | FA |
| 2. Miscellaneous Items Of Used Furnishings Including But Not Li | 700.00 | 0.00 | | 0.00 | FA |
| 3. Used Wearing Apparel. Amount Referenced Is Estimate Of Debto | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account At Jp Morgan Chase | 1,792.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account At Bank Of America Joint With Non Party Spo | 50.00 | 0.00 | | 0.00 | FA |
| 6. Client Fund Account Of John Boyajian, Esq. | 1,061.00 | 0.00 | | 0.00 | FA |
| 7. Jairo H. Patino Dds, Pc. Business Closed December 31, 2015. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Sur- State University Retirement System Of Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 9. Potential Tax Refund For 2015 - Debtor's Interest Presently | 0.00 | 0.00 | | 19,966.00 | FA |
| 10. Term Life Insurance New York Life- No Cash Value : Beneficia | 0.00 | 0.00 | | 0.00 | FA |
| 11. Disability Insurance Coverage | 0.00 | 0.00 | | 0.00 | FA |
| 12. New York Life Custom Whole Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 13. Household Management Account; Wife Is Sole Signatory And Hol | 11,475.73 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $365,578.73 | $350,000.00 | | $39,966.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/2016 Trustee attempting to collect '15 tax refund; received one half; making demand for balance

Exhibit A

6/2016  Trustee received funds; waiting for bar date to pass

5/2016 Trustee obtained court approval to sell estate's right, title and interest in real estate at 6702 North Drake Avenue, Lincolnwood, IL to debtor for $20K

Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 06/30/2018

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-00440 | |
| Case Name: Jairo H. Patino | |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX6230 |
| | Checking |

| | |
|---|---|
| Taxpayer ID No: XX-XXX8037 | |
| For Period Ending: 11/21/2016 | |

| | |
|---|---|
| Blanket Bond (per case limit): $5,000,000.00 | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/16 | 1 | Diana P. Patino | Proceeds of sale of trustee's right, title and interest in real estate | 1110-000 | $20,000.00 | | $20,000.00 |
| 10/06/16 | 9 | Diana P. Patino 6702 N. Drake Ave. Lincolnwood, IL 60712-3708 | Debtor's 2015 Federal Tax Refund | 1124-000 | $9,983.00 | | $29,983.00 |
| 11/07/16 | 9 | Diana P. Patino | Debtor's 2015 Federal Tax Refund | 1124-000 | $9,983.00 | | $39,966.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $39,966.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $39,966.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,966.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $39,966.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6230 - Checking | $39,966.00 | $0.00 | $39,966.00 |
| | $39,966.00 | $0.00 | $39,966.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,966.00 |
| Total Gross Receipts: | $39,966.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-00440                                                                    Date: November 21, 2016
Debtor Name: Jairo H. Patino
Claims Bar Date: 7/14/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Administrative | | $0.00 | $4,746.60 | $4,746.60 |
| 100 2200 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Administrative | | $0.00 | $14.39 | $14.39 |
| 100 3110 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Administrative | | $0.00 | $4,837.50 | $4,837.50 |
| 100 3120 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 | Administrative | | $0.00 | $21.30 | $21.30 |
| 1 300 7100 | Navient Solutions Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Unsecured | | $85,852.17 | $83,164.14 | $83,164.14 |
| 2 300 7100 | Wells Fargo Financial National Bank Wells Fargo Bank Na Po Box 10438 Des Moines Ia 50306-0438 | Unsecured | | $0.00 | $13,759.84 | $13,759.84 |
| 3 300 7100 | Bmw Financial Services Na, Llc P.O. Box 201347 Arlington, Tx 76006 | Unsecured | | $0.00 | $8,576.93 | $8,576.93 |
| 4 300 7100 | Thomas Tomasian Jr 45 Stafford Circle Dennisport, Ma 02639 | Unsecured | | $75,983.85 | $75,520.00 | $75,520.00 |

Page 1                                                    Printed: November 21, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-00440                                                                    Date: November 21, 2016
Debtor Name: Jairo H. Patino
Claims Bar Date: 7/14/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | U.S. Bank, N.A. Dba U.S. Bank<br>Equipment Finance<br>1310 Madrid Street<br>Marshall, Mn 56258 | Unsecured | | $0.00 | $6,229.86 | $6,229.86 |
| 6<br>300<br>7100 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $8,369.37 | $8,124.93 | $8,124.93 |
| | Case Totals | | | $170,205.39 | $204,995.49 | $204,995.49 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-00440
Case Name: Jairo H. Patino
Trustee Name: STEVEN R. RADTKE

Balance on hand                                       $         39,966.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $    4,746.60 | $    0.00 | $    4,746.60 |
| Trustee Expenses: STEVEN R. RADTKE | $    14.39 | $    0.00 | $    14.39 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $    4,837.50 | $    0.00 | $    4,837.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $    21.30 | $    0.00 | $    21.30 |

Total to be paid for chapter 7 administrative expenses          $          9,619.79

Remaining Balance                                               $          30,346.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 195,375.70  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | Navient Solutions Inc. | $        83,164.14 | $        0.00 | $        12,917.25 |
| 2 | Wells Fargo Financial National Bank | $        13,759.84 | $        0.00 | $        2,137.21 |
| 3 | Bmw Financial Services Na, Llc | $        8,576.93 | $        0.00 | $        1,332.19 |
| 4 | Thomas Tomasian Jr | $        75,520.00 | $        0.00 | $        11,729.94 |
| 5 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | $        6,229.86 | $        0.00 | $        967.64 |
| 6 | American Express Centurion Bank | $        8,124.93 | $        0.00 | $        1,261.98 |

Total to be paid to timely general unsecured creditors            $            30,346.21

Remaining Balance                                                 $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE