# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-00440 |
| | | |
| JAIRO H. PATINO, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **December 13, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

PatinoNFRCrtSrv

## SERVICE LIST
## JAIRO H. PATINO, DEBTOR
## CASE NO. 16-00440

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Jairo H. Patino
6702 North Drake Ave
Lincolnwood, IL  60712

Navient Solutions, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438

BMW Financial Services, NA, LLC
PO Box 201347
Arlington, TX 76006

Thomas Tomasian Jr
45 Stafford Circle
Dennisport, MA 02639-1122

U.S. Bank, N.A. dba U.S. Bank
 Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099


American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

PatinoTFRSrvList

1