# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jairo H. Patino | § | Case No. 16-00440 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 5,358.73                           Assets Exempt: 25,220.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  30,346.21         Claims Discharged
                                                     Without Payment:  1,293,449.77

Total Expenses of Administration:  9,619.79

---

3) Total gross receipts of $ 39,966.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 39,966.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 321,722.21 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,619.79 | 9,619.79 | 9,619.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 976,903.46 | 195,375.70 | 195,375.70 | 30,346.21 |
| **TOTAL DISBURSEMENTS** | $ 1,298,625.67 | $ 204,995.49 | $ 204,995.49 | $ 39,966.00 |

4) This case was originally filed under chapter 7 on 01/07/2016 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2017          By:/s/STEVEN R. RADTKE
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6702 North Drake Ave Lincolnwood Il 60712-0000 Cook | 1110-000 | 20,000.00 |
| Potential Tax Refund For 2015 - Debtor's Interest Presently | 1124-000 | 19,966.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 39,966.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase | | 321,722.21 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 321,722.21** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 4,746.60 | 4,746.60 | 4,746.60 |
| STEVEN R. RADTKE | 2200-000 | NA | 14.39 | 14.39 | 14.39 |
| STEVEN R. RADTKE | 3110-000 | NA | 4,837.50 | 4,837.50 | 4,837.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 21.30 | 21.30 | 21.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,619.79 | $ 9,619.79 | $ 9,619.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | 117,770.75 | NA | NA | 0.00 |
| | Bank of America, PO Box 809155 Chicago, IL 60680-9121 | | 550,563.92 | NA | NA | 0.00 |
| | Bank of America, POB 15796 Wilmington, DE 19886 | | 12,717.67 | NA | NA | 0.00 |
| | Bank of America, POB 851001 Dallas, TX 75285 | | 18,200.00 | NA | NA | 0.00 |
| | ChoiceHealth Finance Northeast, 1310 Madrid Street Site 101 Marshall, MN 56258-4002 | | 5,905.71 | NA | NA | 0.00 |
| | ChoiceHealth Finance Northeast, 1310 Madrid Street Suite 101 Marshall, MN 56258-4002 | | 3,324.24 | NA | NA | 0.00 |
| | ChoiceHealth Finance Northeast, 1310 Madrid Street Suite 101 Marshall, MN 56258-4002 | | 101.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Student Loans, POB 30948 Salt Lake City, UT 84130-0948 | | 86,010.74 | NA | NA | 0.00 |
| | Wynn & Wynn, Attorneys at Law, 90 New State Highway Raynham, MA 02767 | | 12,104.00 | NA | NA | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | 8,369.37 | 8,124.93 | 8,124.93 | 1,261.98 |
| 3 | Bmw Financial Services Na, Llc | 7100-000 | NA | 8,576.93 | 8,576.93 | 1,332.19 |
| 1 | Navient Solutions Inc. | 7100-000 | 85,852.17 | 83,164.14 | 83,164.14 | 12,917.25 |
| 4 | Thomas Tomasian Jr | 7100-000 | 75,983.85 | 75,520.00 | 75,520.00 | 11,729.94 |
| 5 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | 7100-000 | NA | 6,229.86 | 6,229.86 | 967.64 |
| 2 | Wells Fargo Financial National Bank | 7100-000 | NA | 13,759.84 | 13,759.84 | 2,137.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 976,903.46 | $ 195,375.70 | $ 195,375.70 | $ 30,346.21 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-00440 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Jairo H. Patino | | | | Date Filed (f) or Converted (c): | 01/07/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/08/2016 |
| For Period Ending: | 03/02/2017 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6702 North Drake Ave Lincolnwood Il 60712-0000 Cook | 350,000.00 | 350,000.00 | | 20,000.00 | FA |
| 2. Miscellaneous Items Of Used Furnishings Including But Not Li | 700.00 | 0.00 | | 0.00 | FA |
| 3. Used Wearing Apparel. Amount Referenced Is Estimate Of Debto | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account At Jp Morgan Chase | 1,792.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account At Bank Of America Joint With Non Party Spo | 50.00 | 0.00 | | 0.00 | FA |
| 6. Client Fund Account Of John Boyajian, Esq. | 1,061.00 | 0.00 | | 0.00 | FA |
| 7. Jairo H. Patino Dds, Pc. Business Closed December 31, 2015. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Sur- State University Retirement System Of Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 9. Potential Tax Refund For 2015 - Debtor's Interest Presently | 0.00 | 0.00 | | 19,966.00 | FA |
| 10. Term Life Insurance New York Life- No Cash Value : Beneficia | 0.00 | 0.00 | | 0.00 | FA |
| 11. Disability Insurance Coverage | 0.00 | 0.00 | | 0.00 | FA |
| 12. New York Life Custom Whole Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 13. Household Management Account; Wife Is Sole Signatory And Hol | 11,475.73 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $365,578.73 | $350,000.00 | | $39,966.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/2016 TFR filed

11/2016 Trustee received balance of 15 tax refund

Exhibit 8

9/2016 Trustee attempting to collect '15 tax refund; received one half; making demand for balance

6/2016  Trustee received funds; waiting for bar date to pass

5/2016 Trustee obtained court approval to sell estate's right, title and interest in real estate at 6702 North Drake Avenue, Lincolnwood, IL to debtor for $20K


Initial Projected Date of Final Report (TFR): 06/30/2018		Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-00440  
Case Name: Jairo H. Patino  
Taxpayer ID No: XX-XXX8037  
For Period Ending: 03/02/2017

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6230  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/16 | 1 | Diana P. Patino | Proceeds of sale of trustee's right, title and interest in real estate | 1110-000 | $20,000.00 | | $20,000.00 |
| 10/06/16 | 9 | Diana P. Patino<br>6702 N. Drake Ave.<br>Lincolnwood, IL 60712-3708 | Debtor's 2015 Federal Tax Refund | 1124-000 | $9,983.00 | | $29,983.00 |
| 11/07/16 | 9 | Diana P. Patino | Debtor's 2015 Federal Tax Refund | 1124-000 | $9,983.00 | | $39,966.00 |
| 02/14/17 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,746.60 | $35,219.40 |
| 02/14/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $14.39 | $35,205.01 |
| 02/14/17 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,837.50 | $30,367.51 |
| 02/14/17 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $21.30 | $30,346.21 |
| 02/14/17 | 1005 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 1 representing a payment of 15.53 % per court order. | 7100-000 | | $12,917.25 | $17,428.96 |

Page Subtotals: $39,966.00  $22,537.04

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-00440 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Jairo H. Patino | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6230 |
| | Checking |
| Taxpayer ID No: XX-XXX8037 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 1006 | Wells Fargo Financial National Bank<br>Wells Fargo Bank Na<br>Po Box 10438<br>Des Moines Ia 50306-0438 | Final distribution to claim 2 representing a payment of 15.53 % per court order. | 7100-000 | | $2,137.21 | $15,291.75 |
| 02/14/17 | 1007 | Bmw Financial Services Na, Llc<br>P.O. Box 201347<br>Arlington, Tx 76006 | Final distribution to claim 3 representing a payment of 15.53 % per court order. | 7100-000 | | $1,332.19 | $13,959.56 |
| 02/14/17 | 1008 | Thomas Tomasian Jr<br>45 Stafford Circle<br>Dennisport, Ma 02639 | Final distribution to claim 4 representing a payment of 15.53 % per court order. | 7100-000 | | $11,729.94 | $2,229.62 |
| 02/14/17 | 1009 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, Mn 56258 | Final distribution to claim 5 representing a payment of 15.53 % per court order. | 7100-000 | | $967.64 | $1,261.98 |
| 02/14/17 | 1010 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 6 representing a payment of 15.53 % per court order. | 7100-000 | | $1,261.98 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $39,966.00 | $39,966.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $39,966.00 | $39,966.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,966.00 | $39,966.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*                                Page Subtotals:                $0.00            $17,428.96

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6230 - Checking | $39,966.00 | $39,966.00 | $0.00 |
| | $39,966.00 | $39,966.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $39,966.00 |
| Total Gross Receipts: | $39,966.00 |

Page Subtotals: $0.00 $0.00